CAUSE NO. 15F0579-202

STATE OF TEXAS

v.

BRANDON BROWN

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/11/2015 2:55:08 PM
DEBBIE AUTREY
Clerk

IN THE DISTRICT COURT

OF BOWIE COUNTY, TEXAS

202nd JUDICIAL DISTRICT

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, **Brandon Brown**, Applicant/Defendant in the above styled and numbered cause, by and through his attorney of record, Alwin A. Smith, and gives notice of appeal to the Court of Appeals for the Sixth Appellate District of Texas from the trial court's order of December 7, 2015 which denied Applicant's Writ of Habeas Corpus filed pursuant to Article 17.151 of the Texas Code of Criminal Procedure.

This appeal is filed pursuant to Texas Rule of Appellate Procedure, Rule 31.1.

Dated: December 11, 2015

Respectfully Submitted

*/s/ Alwin A. Smith*
Alwin A. Smith
TBN 18532200
602 Pine Street
Texarkana, Texas 75501
(903) 792-1608
Fax - (903) 792-0899
al@alwinsmith.com

### CERTIFICATE OF SERVICE

I certify a true and correct copy of the above Notice of Appeal was forwarded to the Bowie County Texas District Attorney by efiling on this 11th day of December, 2015.

*/s/ Alwin A. Smith*
Alwin A. Smith